1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY GRACE MARIE MARAGLINO,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No.: 1:20-cv-00826-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER, FAILURE TO STATE A COGNIZABLE CLAIM, AND FAILURE TO PROSECUTE<br><br>[ECF No. 8] |

Plaintiff Dorothy Grace Marie Maraglino is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 30, 2020, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Plaintiff has not filed an amended complaint or otherwise responded to the Court's June 30, 2020 order and the time to do so has expired. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed. (Id.) <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a District Judge that the instant action be</u>

///

///

1

dismissed, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **August 10, 2020**

UNITED STATES MAGISTRATE JUDGE