**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOROTHY GRACE MARIE MARAGLINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00826-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, AND GRANTING, IN PART, PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 10) |

　　　　Plaintiff Dorothy Grace Marie Maraglino is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for an extension of 60 to 90 days to file an amended complaint, filed on August 27, 2020.

　　　　Based upon a review of Plaintiff's motion, the Court finds good cause to grant an extension of thirty (30) days to file an amended complaint. Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The Court's August 10, 2020 order to show cause is discharged; and

　　　　2.　　Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint in compliance with the Court's June 30, 2020 order.

IT IS SO ORDERED.

Dated: __**August 28, 2020**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1