UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY GRACE MARIE MARAGLINO,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:20-CV-00826-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR RELIEF FROM FILING FEE<br><br>Docs. 18, 20 |

Plaintiff Dorothy Grace Marie Maraglino, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 2, 2021, this case was dismissed for failure to state a claim, judgment was entered, and the case was closed. Docs. 16, 17.

On August 14, 2024, plaintiff filed a motion for relief from filing fee. Doc. 18. On August 21, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for relief be denied. Doc. 20. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. *Id.* Plaintiff did not file objections to the findings and recommendations and the time to do so has passed.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 21, 2024, (Doc. 20), are adopted in full;
2. Plaintiff's motion for relief from filing fee, (Doc. 18), is denied; and
3. This case remains closed.

IT IS SO ORDERED.

Dated: __April 18, 2025__         _____
                                   UNITED STATES DISTRICT JUDGE